# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                             Case No. 3:09cv505-MCR/MD

DEONNE DUBARRY, et al.

_____

## ORDER

Defendants LARAINE BERTANI and FREDERICK BERTANI's **ANSWER (received 2/16/2010)**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service. A copy of all papers filed with the court must be mailed to all other parties or counsel, and the document must include a "Certificate of Service" reflecting that this has been done.

    The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1.(B)(3).

For these reasons, IT IS ORDERED that:

XX    The submitted hard copy of the document shall docketed by the Clerk. The parties are advised that future pleadings that fail to comply with the Federal Rules will be returned without consideration by the court.

    Other:

DONE and ORDERED this 17th day of February, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE