IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                              3:09cv505/MCR/MD

DEONNE DUBARRY, et al.,
        Defendants.

## **REPORT AND RECOMMENDATION**

This matter is before the court upon the application of the plaintiff United States of America for Default Judgment against Sessions, Fishman, Nathan & Israel, LLP, ("SFNI") and supporting memorandum of law. (Doc. 26). Plaintiff joined SFNI as a defendant in this action pursuant to 26 U.S.C. § 7403(b) as a party who claims or may claim in interest in the real property located at 4610 Paradise Isles, Destin, Florida 32541 (the "Property"). The Property is currently recorded in the name of defendant Deonne DuBarry is subject to a federal tax lien for DuBarry's unpaid federal tax liability. Defendant SFNI has failed to appear, answer, plead, or otherwise defend this action and the clerk entered default against this defendant on February 24, 2010. (Doc. 23). Plaintiff now seeks a judgment directing that SFNI may not prevent foreclosure of the federal tax liens on the Property, that the Property, if ordered sold by the court, may be sold free and clear of any lien that SFNI may have had on the property, and that SFNI is not entitled to the distribution of any proceeds from the sale of the Property. Upon review of the plaintiff's submissions it appears that entry of judgment as requested is warranted.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's Application for Default Judgment (doc. 26). be GRANTED; and

That the court enter a final judgment stating that Sessions, Fishman, Nathan & Israel, LLP may not prevent foreclosure of the federal tax liens on the real property located at 4610 Paradise Isles, Destin, Florida 32541 (the "Property"), that the Property, if ordered sold by the court, may be sold free and clear of any lien that Sessions, Fishman, Nathan & Israel, LLP may have had on the Property and that Sessions, Fishman, Nathan & Israel, LLP is not entitled to the distribution of any proceeds from the sale of the Property.

At Pensacola, Florida, this 19th day of March, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).