**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                          **CASE NO.: 3:09cv505/MCR/MD**

**DEONNE DUBARRY, et al.,**

      **Defendants.**

_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 19, 2010.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.     Plaintiff's Application for Default Judgment (doc. 26) is GRANTED.

      3.     Final judgment is entered stating that Sessions, Fishman, Nathan & Israel, LLP may not prevent foreclosure of the federal tax liens on the real property located at 4610 Paradise Isles, Destin, Florida 32541 (the "Property"), the Property

is ordered sold by the court, may be sold free and clear of any lien that Sessions, Fishman, Nathan & Israel, LLP may have had on the Property and Sessions, Fishman, Nathan & Israel, LLP is not entitled to the distribution of any proceeds from the sale of the Property.

DONE AND ORDERED this 28th day of April, 2010.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**