IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                  3:09cv505/MCR/MD

DEONNE DUBARRY, et al.
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon defendant Daniel E. Becnel III's unopposed motion to set aside entry of default and memorandum in support thereof. (Doc. 38). The pro se defendant's answer was filed five days late, and he argues that this small delay may be attributable to mistake, inadvertence or excusable neglect. The government does not oppose the defendant's motion.

Accordingly, it is respectfully RECOMMENDED:

That defendant's unopposed motion to set aside entry of default and memorandum in support (doc. 38) be GRANTED, and the clerk be directed to set aside the default entered against this defendant.

At Pensacola, Florida, this 11th day of May, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).