IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.                                                     CASE NO.: 3:09cv505/MCR/MD

**DEONNE DUBARRY, et al.,**
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 11, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The defendant's unopposed motion to set aside entry of default and memorandum in support (doc. 38) is GRANTED, and the clerk is directed to set aside the default entered against this defendant.

    DONE AND ORDERED this 10th day of June, 2010.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**