IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

CASE NO. 09-CV-000505-MCR-MD

Plaintiff,

v.

DEONNE DUBARRY;
DANIEL E. BECNEL, III;
BANK OF AMERICA, N.A.;
SESSIONS FISHMAN NATHAN &
ISRAEL LLP; FRED BERTANI; AND
LARAINE BERTANI

Defendants.

## MOTION FOR EXCUSAL OF BERTANIS FROM MEDIATION

We don't believe our participation is needed during the mediation and therefore, respectively request permission to be excused from such participation.

We agree as follows:

1. That should this action result in an involuntary sale of the Destin Property to satisfy the liens of the property be paid to the defendants, in the order determined by the court.

2. We have only a minimal interest in this litigation and would like to be excused from having to participate in mediation, our position at the mediation would be the same as Deonne DuBarry's as it relates to the events regarding the mortgage, in fact if you wish, once a resolution has been made you may contact us by phone for our approval, further discovery conferences, pretrial conferences or appearance at trial. At best we feel we could either testify telephonically or by video.

We will go along with whatever the judge decides. We do not wish to incur further expenses at this time.

Filed 0825'10UsDcFln3AM1135    Filed 0706'10UsDcFln3PM1241    Rec'd pursuant with order (#42)

Stipulated and agreed to on June 30 2010.

Laraine Bertani

*/s/ Laraine Bertani*

Fred Bertani

*/s/ Fred Bertani*

6324 Saratoga Circle
Davie, FL 33331
954-434-9179
954-260-0801 c

CASE 3:09-cv-00505-MCR-MD

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and exact copy of the forgoing was furnighed by US Mail this 13rd of _August_, 2010.

Daniel E. Becnel, III
1951 Medicine Bow Road
Aspen, CO 81611

Deonne DuBarry
4610 Paradise Isles
Destin, Florida 32541

Beth A. Norrow, Esquire
BUTLER & HOSCH, P.A.
3185 South Conway Road, Suite E
Orlando, Florida 32812

Mara A. Strier, Esquire
US DEPARTMENT OF JUSTICE
Civil Trial Section, Southern Region
P.O. Box 14198
Washington, DC 20044

Laraine Bertani
Frederick Bertani
6324 Saratoga Circle
Davie, FL 33331
Telephone: 954-434-9179

TO:         Miles Davis, United State Magistrate Judge

FROM:     Laraine and Fred Bertani

SUBJ:      ACTION REGARDING MOTION FOR EXCUSAL

DATE:      August 23, 2010

We are resubmitting the motion for excusal from mediation. We have been traveling and out of the country so we have just been able to prepare this request.

    We are including a Certificate of Servive as required by Rule 5(b) of the Federal Rules of Civil Procedure, showing proper service.

    We do not have a represenrive counsel for ourselves, but have been in contact with the counsel for the plaintiff regarding our inability to attend mediation.

Thank you for your time and attention.

Rec'd0825'10UsDcFln3AM1135

USA FIRST-CLASS FOREVER

FT LAUDERDALE

Fred Bertani
6324 Saratoga Cir.
Davie, FL 33331-2105

Jose Miles Davis
US State Magistrate
US Court for Northern Dist
Pensacola Division
1 N Palafox Street Rm 226
Pensacola, FL