UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:09cv505-MCR/MD

DEONNE DUBARRY, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   August 26, 2010
Type of Motion/Pleading: MOTION FOR EXCUSAL OF BERTANIS' FROM MEDIATION
Filed by: dfts/Fred & Laraine Bertani   on 8/25/10   Document 44
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                            on             Doc.#
                                            on             Doc.#

SHEILA HURST-RAYBORN
ACTING CLERK OF COURT

/s/ C. Justice
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 27th day of August, 2010, that:

(a)  The requested relief is GRANTED, but moot.

(b)  The court was advised that the mediation took place on August 26, 2010 without the presence of the Bertanis, and resulted in an impasse.

/s/ Miles Davis

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE