IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                              CASE NO.:   3:09cv505/MCR/MD

DEONNE DUBARRY, et al.,
    Defendants.

---

## ORDER

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 10, 2011. (Doc. 91).  Defendants have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    Plaintiff United States of America's motion for foreclosure judgment and order of sale is GRANTED.

      3.    The court enters judgment in favor of plaintiff United States of America and orders the sale of Deonne DuBarry's property located in Broward County,

Florida, bearing the street address of 4610 Paradise Isles, Destin, Florida 32541.

4.   The clerk is directed to close the file.

DONE AND ORDERED this 10th day of June, 2011.


*s/ M. Casey Roders*

**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

*Case No: 3:09cv505/MCR/MD*